642 A.2d 480

**Cynthia M. MALESKI, Insurance Commissioner of the Commonwealth of Pennsylvania by her Deputy Ronald E. CHRONISTER, Appellee,**

v.

**CORPORATE LIFE INSURANCE, COMPANY, Appellant.**

**Appeal of BERRY and Martin.**

**37 Middle District Appeal Docket 1994.**

Supreme Court of Pennsylvania.

June 8, 1994.

*ORDER*

PER CURIAM.

AND NOW, this 8th day of **JUNE, 1994,** the appeal in the above captioned matter is quashed.

MONTEMURO, J., is sitting by designation as senior justice pursuant to Judicial Assignment Docket No. 94 R1800 due to the unavailability of LARSEN, J.; see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.